■ SANTANA v CITY OF NEW YORK. (And Third Party Actions.) [739 NYS2d 563] —Appeals dismissed; this Court's unpublished order entered on January 22, 2002 recalled and vacated. Concur—Buckley, J.P., Sullivan, Rosenberger, Lerner and Rubin, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. KERIMA LEWIS BLACKWOOD, Admitted in 1990, at a Term of the Appellate Division, Second Department. [739 NYS2d 563] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Ellerin and Saxe, JJ. [*See,* 230 AD2d 366.]